U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 OCT -7 PM 1:41

CLERK

BY___*KP*___

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:20-cr-95-1 |
| v. | ) | |
| | ) | |
| JEREMY DIGBY | ) | (26 U.S.C. §§ 5841, 5861(d), & 5871) |

## INDICTMENT

### COUNT 1

On or about October 2, 2020, in the District of Vermont, the defendant, Jeremy Digby, knowingly possessed a firearm, namely a rifle having a barrel of less than 16 inches in length, specifically a Spike's Tactical, Model ST15, Multi Caliber AR-Style Short Barreled Rifle, not registered to him in the National Firearms Registration and Transfer Record.

(26 U.S.C. §§ 5841, 5861(d), & 5871)

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

*Christina E. Nolan (by JRP)*
CHRISTINA E. NOLAN (EAPC)
United States Attorney
Rutland, Vermont
October 7, 2020